# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132149

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN HILL,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132149
COA: 271746
Genesee CC: 05-016891-FH

On order of the Court, the application for leave to appeal the August 25, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Johnston* (Docket No. 130526) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk